# Exhibit K

*Notice of Default*

PARSONS BEHLE & LATIMER

201 South Main Street Suite 1800
Salt Lake City Utah 84111
Main 801 532 1234
Fax 801 536 6111

A Professional
Law Corporation

Emily D Holt
Attorney at Law
Direct 801 536 6964
EHolt@parsonsbehle com

March 26, 2024

**VIA EMAIL AND US MAIL**

**TO: "Borrower" and "Guarantor" listed on Exhibit A attached hereto**

**RE: NOTICE OF DEFAULT, DEMAND FOR PAYMENT, and RESERVATION OF RIGHTS**

Dear Mr Finlinson.

This firm has been retained by Lender with respect to the following matters

(a) that certain LOAN AGREEMENT (as amended, restated, supplemented, or otherwise modified from time to time, "**SBA Loan Agreement**"), dated as of October 5, 2018, among FINSLINSON LAND AND LIVESTOCK, LLC, a Utah limited liability company ("**Borrower**"), Heber Finlinson, an individual ("**Heber**"), Matthew Finlinson, an individual ("**Matthew**"), and Shelly Finlinson, an individual ("**Shelly**", and together with Heber and Matthew, collectively and individually, "**Guarantor**") as guarantors, and ROCK CANYON BANK, as successor in interest to HILLCREST BANK, a division of NBH Bank, a Colorado state-chartered bank ("**Lender**") in the original principal amount of $2,286,000 00, together with interest as it continues to accrue thereon and attorneys' fees and costs accruing under the Related Documents;

(b) that certain AGRICULTURAL LOAN AGREEMENT (as amended, restated, supplemented, or otherwise modified from time to time, "**Ag. Loan 1 Agreement**"), dated October 5, 2018, among Borrower, Heber and Matthew as both borrowers and guarantors, and Lender in the original principal amount of $1,399,000 00, together with interest as it continues to accrue thereon and attorneys' fees and costs accruing under the Related Documents,

(c) that certain AGRICULTURAL LOAN AGREEMENT (as amended, restated, supplemented, or otherwise modified from time to time, "**Ag. Loan 2 Agreement**") dated October 5, 2018, among Borrower, Matthew as guarantors, and Lender in the original principal amount of $1,213,835 00, together with interest as it continues to accrue thereon and attorneys' fees and costs accruing under the Related Documents;

(d) that certain AGRICULTURAL LOAN AGREEMENT (as amended, restated, supplemented, or otherwise modified from time to time, "**Ag. Loan 3 Agreement**") dated March 29, 2021, among Borrower, Heber and Matthew as guarantors, and Lender in the original principal amount of $200,000 00, together with interest as it continues to accrue thereon and attorneys' fees and costs accruing under the Related Documents; and

(e) that certain AGRICULTURAL LOAN AGREEMENT (as amended, restated, supplemented, or otherwise modified from time to time, "**Ag. Loan 4 Agreement**" and together with SBA Loan Agreement, Ag. Loan 1 Agreement, Ag Loan 2 Agreement, and Ag. Loan 3 Agreement, the "**Loan Agreements**")

dated July 27, 2018, among Borrower, Heber and Matthew as guarantors, and Lender in the original principal amount of $200,000 00, which was increased to a principal amount of $450,000.00, together with interest as it continues to accrue thereon and attorneys' fees and costs accruing under the Related Documents.

This letter constitutes a Notice of Default, Demand for Payment, and Reservation of Rights to Borrower and Guarantor by Lender regarding certain defaults under the above referenced Related Documents. Capitalized terms not otherwise defined herein shall have their respective meanings assigned to such terms in the Loan Agreements, as applicable thereto.

Notice is hereby given that the following Events of Default have occurred (collectively, the "**Specified Events of Default**") under the associated sections of the Loan Agreements or Related Documents (as applicable)

- Loan Agreements (Payment Default)· Borrower is required to make all payments when due, and Borrower has failed to pay all or a portion of the following.
  - The payment due on January 15, 2025, under the SBA Loan Agreement (such unpaid portion, the "**SBA Payment**");
  - The payment due on January 15, 2025, under the Ag Loan 1 Agreement (such unpaid portion, the "**Ag. Loan 1 Payment**");
  - The payment due on January 15, 2025, under the Ag Loan 2 Agreement (such unpaid portion, the "**Ag. Loan 2 Payment**");
  - The payment due on January 15, 2025, under the Ag. Loan 3 Agreement (such unpaid portion, the "**Ag. Loan 3 Payment**"), and
  - The payment due on the maturity date of March 15, 2025, under the Ag Loan 4 Agreement (such unpaid portion, the "**Ag. Loan 4 Payment**," and together with the SBA Payment, the Ag. Loan 1 Payment, the Ag Loan 2 Payment, and the Ag Loan 3 Payment, collectively, the "**Missed Payments**")

- Notes (Payment Default) Borrower is required to make all payments when due, and Borrower has failed to pay the Missed Payments, as set forth above

- Loan Agreement (Other Defaults) Borrower is required to comply with all other obligations, covenants and conditions in any other agreement between Lender and Borrower. Borrower's failure to comply with any provision under any Loan Agreement or Related Documents constitutes an Event of Default under each other Loan Agreement.

The Specified Events of Default are in addition to, and not in limitation of, any other Events of Default that are not specified in the Specified Events of Default that have occurred prior to the date hereof.

In connection with the Specified Events of Default, Lender hereby demands that Borrower make the following payments (a) all payments of interest and principal in an aggregate amount equal to $624,466.63 to bring the SBA Payment, the Ag Loan 1 Payment, Ag Loan 2 Payment, and Ag Loan 3 Payment current; (b) the Ag Loan 4 Payment such that such Loan is paid in full, with the current payoff as of March 25, 2025, being $427,050.95 with a per diem interest accrual of $112 26; (c) late charges equal to $83,034.95 as of March 25, 2025, and (d) all additional costs, fees and expenses incurred by Lender in connection with Loan Agreements and Notes, and Lender's enforcement of the same, including, without limitation, attorney fees and costs (the "**Cure Amounts**").[1] If the Cure Amounts are not paid on or before

[1] These payoff amounts and late charge amounts are good through and including March 25, 2025 Interest, fees and late charges continue to accrue Contact Lender for a current payoff amount

April 25, 2025, Lender will (i) begin charging default interest and increase the interest rate payable pursuant to the Note by five percent (5%), as permitted in the section of each Note labelled "Interest after Default" and (ii) declare all the Loans immediately due and payable, and exercise all remedies provided in the Related Documents or available at law, in equity, or otherwise, including foreclosure on the Collateral

This letter provides notice to Borrower and confirms that Lender does not and has not waived any Event of Default, including without limit the Specified Events of Default listed herein. Further, Lender expressly reserves all of its rights, powers, privileges, and remedies under the Loan Agreements, the other Related Documents, applicable law, or otherwise with respect to any Event of Default (including, without limitation, the Specified Events of Default) now existing or hereafter arising under the Loan Agreements or any of the other Related Documents. The failure of Lender to exercise any such rights, powers, privileges, and remedies is not intended, and shall not be construed, to be a waiver of any Event of Default under the Loan Agreement or any of the Related Documents (including, without limitation, any Specified Events of Default). Lender may elect to exercise any or all if its rights, at its sole option, at any time hereafter, without the necessity of any further notice, demand, or other action on the part of Lender

Acceptance heretofore or hereafter of payments tendered by Borrower at any time in respect of payments made or due after the occurrence and during the continuance of an Event of Default shall not constitute a waiver of the right to receive payment of default interest and other fees, costs, and other amounts which are due or become due under the Loan Agreements, any Related Document, and applicable law

Nothing contained in this letter or any delay by Lender in exercising any rights, powers, privileges, and remedies under the Loan Agreements, any other Related Document, or applicable law with respect to any Specified Events of Default or any other Event of Default now existing or hereafter arising under the Loan Agreements or any of the other Related Documents, or the holding of any discussions between or among Lender, Borrower and/or Guarantor regarding the administration of the Loans or proposals regarding amendments to, or modifications or restructurings of, the Loan Agreements or any Related Document, shall be construed as a waiver or modification of such rights, powers, privileges, and remedies, nor shall it be construed as an undertaking by Lender to continue such discussions or to enter into any such amendments, modifications, or restructurings This letter is not, and shall not be deemed to be, a waiver of, or a consent to, any default, noncompliance, or Event of Default (including, without limitation, any Specified Event of Default) now existing or hereafter arising under the Loan Agreements or any of the other Related Documents. This letter shall not entitle Borrower or Guarantor to any other or further notice or demand

Sincerely,

PARSONS BEHLE & LATIMER

Emily D. Holt



4906-4437-2011.v5

**EXHIBIT A**

List of Addressees

**Borrower:**

**Finlinson Land and Livestock, LLC**
215 North 100 West
Oak City, Utah 84649
Attn: Heber Finlinson & Matthew Finlinson

Email: sinkslandco@frontiernet.net, Hslivestock@gmail.com

**Guarantor:**

**Heber Finlinson**
**Shelly Finlinson**
PO Box 231
Oak City, Utah 84649
Email: Hslivestock@gmail.com

**Matthew Finlinson**
250 South 200 East
Oak City, Utah 84649
Email: sinkslandco@frontiernet.net

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Finlinson Land and Livestock, LLC
Attn Heber Finlinson & Matthew Finlinson
215 North 100 West
Oak City, UT 84649

28437.099

9590 9402 9114 4225 6011 75

9589 0710 5270 1125 6719 05

**COMPLETE THIS SECTION**

A. Signature
X

B. Received by
Heber

D. Is delivery add
If YES enter

3. Service Type
☐ Adult Signature
☐ Adult Signature R
☑ Certified Mail®
☐ Certified Mail Rest
☐ Collect on Delivery
on Delivery
Mail
Mail Restr
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 1125 6719 05

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Sme
28437.099

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total
$
Sent
Street
City

Postmark Here

TOWN STA… MAR 2 3 2025 …K CITY UT

Finlinson Land and Livestock, LLC
Attn Heber Finlinson & Matthew Finlinson
215 North 100 West
Oak City, UT 84649

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Heber Finlinson
Shelly Finlinson
PO Box 231
Oak City, UT 84649

28437.099

9590 9402 9114 4225 6011 99

9589 0710 5270 1125 6719 12

**COMPLETE THIS SECTION**

A. Signature
X

B. Received by
Heber

D. Is delivery ad
If YES, enter

3. Service Type
☐ Adult Signature
☐ Adult Signature R
☑ Certified Mail®
☐ Certified Mail Re
☐ Collect on Delive
lect on Delive
red Mail
red Mail Re
(over $500)

9589 0710 5270 1125 6719 12

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Sme
28437.099

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total
$
Sent
Street
City, S

Postmark Here

TOWN STA… MAR 2025

Heber Finlinson
Shelly Finlinson
PO Box 231
Oak City, UT 84649

PS Form 3800, January 2023 See Reverse for Instructions

ceipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Matthew Finlinson
250 South 200 East
Oak City, UT 84649

28437099

9590 9402 9114 4225 6011 82

9589 0710 5270 1125 6718 99

**COMPLETE THIS SECTION**

A. Signature
X Jenni Fin

B. Received by (Printed Name)
Jenni Finlin

D. Is delivery address different
If YES, enter delivery addr

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Deliv
Mail
Mail Restricted Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053

9589 0710 5270 1125 6718 99

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Barb
28437.099

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent
Street
City

Postmark Here

TOWN STATION MAR 2 7 2025 OAK CITY UT

Matthew Finlinson
250 South 200 East
Oak City, UT 84649

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions