# Exhibit L

*Articles of Merger*

Date: 08/31/2022
Receipt Number: 9609283
Amount Paid: $224.00

EXPEDITE

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed and approved as of this delayed effective date: 1st day of Sept 20 22
In this office of this Division and hereby issued This Certificate thereof.

Examiner JSS Date 9/1/22

Leigh Veillete
Division Director

APPROVED AS TO FORM: AUGUST 30, 2022
SUPERVISOR OF HOLDING COMPANIES
DEPARTMENT OF FINANCIAL INSTITUTIONS

RECEIVED
AUG 31 2022
Utah Div. of Corp. & Comm. Code

# ARTICLES OF MERGER

# OF

# ROCK CANYON BANK
**(a Utah corporation)**

**WITH AND INTO**

# NBH BANK
**(a Colorado corporation)**

The undersigned, Rock Canyon Bank, a Utah corporation (the "Non-Surviving Entity"), and NBH Bank, a Colorado corporation (the "Surviving Entity"), hereby execute and adopt the following Articles of Merger ("Articles of Merger") pursuant to the provisions of Section 16-10a-1101 of the Utah Revised Business Corporation Act, as amended (the "Act"):

FOR OFFICE USE ONLY: 10604670-0143

## ARTICLE I
## SURVIVING ENTITY

The name of the Surviving Entity is NBH Bank. The jurisdiction of formation of the Surviving Entity is the State of Colorado. The Surviving Entity is a corporation formed in the State of Colorado.

FOR OFFICE USE ONLY: 1099114-0142

## ARTICLE II
## NON-SURVIVING ENTITY

The name of the Non-Surviving Entity is Rock Canyon Bank. The jurisdiction of formation of the Non-Surviving Entity is the State of Utah. The Non-Surviving Entity is a corporation formed in the State of Utah.

## ARTICLE III
## EFFECTIVE TIME

The effective time of the transaction shall be 6:59 a.m. on September 1, 2022.

## ARTICLE IV
## PLAN OF MERGER

Attached hereto as Exhibit A is a copy of the Agreement and Plan of Merger by and between the Merging Entities, dated August 24, 2022, adopted in the manner prescribed by the laws of the State of Utah.

## ARTICLE V
## SHAREHOLDER VOTE OF THE SURVIVING ENTITY

The authorized stock of the Surviving Entity at the time of adoption of the Plan of Merger was 1,000,000 shares of voting common stock, $0.01 par value. At the time of adoption of the Agreement and Plan of Merger, 100,000 shares of voting common

stock were issued and outstanding. No shares of non-voting common stock were issued and outstanding. The number of votes entitled to be cast was 100,000. Pursuant to an Action by Written Consent of Sole Stockholder dated August 24, 2022, approving the transaction, the number of votes cast in favor of the Plan were 100,000. No shares voted against the Plan of Merger.

## ARTICLE VI
## SHAREHOLDER VOTE OF THE NON-SURVIVING ENTITY

The authorized capital stock of the Non-Surviving Entity at the time of adoption of the Plan of Merger was 150,000 shares of voting common stock, par value $0.001. At the time of adoption of the Agreement and Plan of Merger 150,000 shares of voting common stock were issued and outstanding. Thus, the number of votes entitled to be cast was 150,000. Pursuant to an action by written consent of the sole shareholder dated August 24, 2022, approving the transaction, the number of votes cast in favor of the Agreement and Plan of Merger were 150,000. No shares voted against the Agreement and Plan of Merger.

## ARTICLE VII
## APPROVAL STATEMENT

This merger was approved by each domestic merging entity and by each foreign merging entity in accordance with the law of its jurisdiction of formation. There are no amendments to the public organic record of the Surviving Entity, which is a domestic filing entity that existed before the merger.



AUG 31 '22 PM2:24

IN WITNESS WHEREOF, the undersigned have executed these Articles of Merger as of this 31st day of August, 2022.

**ROCK CANYON BANK,** a Utah corporation

By:
Its: CHAIRMAN

**NBH BANK,** a Colorado corporation

By: Angela Petrucci
Its: Chief Administrative Officer and General Counsel

AUG 31 '22 PM2:24

# EXHIBIT A

# PLAN OF MERGER

AUG 31 '22 PM2:24

**AGREEMENT AND PLAN OF MERGER OF**
**ROCK CANYON BANK**
**WITH AND INTO**
**NBH BANK**

This Agreement and Plan of Merger (this "Agreement"), dated as of August 24th, 2022, is made by and between NBH Bank, a Colorado state-chartered bank (the "Surviving Bank"), and Rock Canyon Bank, a Utah state-chartered bank (the "Merging Bank").

**WITNESSETH:**

**WHEREAS**, Surviving Bank, with its main office located at 7800 East Orchard, Suite 300, Greenwood Village, Colorado and with the branch locations set forth on Exhibit A, all the issued and outstanding capital stock of which is owned directly by National Bank Holdings Corporation, a Delaware corporation ("NBHC"), has authorized capital stock consisting of 1,000,000 shares of common stock, par value of $0.01 per share, 100,000 of which shares of common stock are issued and outstanding as of the date hereof;

**WHEREAS**, Merging Bank, with its main office located at 215 W 2230 N, Provo, Utah and with the branch locations set forth on Exhibit B, all the issued and outstanding capital stock of which is owned directly by Community Bancorporation, a Utah corporation ("CB"), has authorized capital stock consisting of 150,000 shares of common stock, par value $0.001 per share, 150,000 of which shares of common stock are issued and outstanding as of the date hereof;

**WHEREAS**, NBHC, CB, certain stockholders of CB and Park Roney, have entered into an Agreement and Plan of Merger, dated as of April 18, 2022 (as amended and/or supplemented from time to time, the "Merger Agreement"), pursuant to which, subject to the terms and conditions thereof, CB will merge with and into NBHC, with NBHC surviving the merger as the surviving corporation and continuing as the direct parent of Surviving Bank and becoming the direct parent of Merging Bank (the "Merger");

**WHEREAS**, contingent upon the Merger, on the terms and subject to the conditions contained in this Agreement, the parties to this Agreement intend to effect the merger of Merging Bank with and into Surviving Bank, with Surviving Bank surviving the merger (the "Bank Merger"); and

**WHEREAS**, the Board of Directors of Surviving Bank and the Board of Directors of Merging Bank deem the Bank Merger desirable and in the best interests of their respective banks, and have authorized and approved the execution and delivery of this Agreement and the transactions contemplated hereby.

**NOW, THEREFORE**, in consideration of the promises and of the mutual agreements herein contained, the parties hereto do hereby agree as follows:



AUG 31 '22 PM2:24

## ARTICLE I

## BANK MERGER

Section 1.01 The Bank Merger. Subject to the terms and conditions of this Agreement, at the Effective Time (as defined below), Merging Bank shall be merged with and into Surviving Bank in accordance with the applicable provisions of the Colorado Revised Statutes (the "CRS"), the Utah Code (the "Utah Code") and the Bank Merger Act. At the Effective Time, the separate existence of Merging Bank shall cease, and Surviving Bank, as the surviving entity, shall continue its existence under the laws of the state of Colorado. All rights, franchises and interests of Merging Bank in and to every type of property (real, personal, and mixed) and choses in action shall be transferred to and vested in the Surviving Bank by virtue of the Bank Merger without any deed or other transfer. The Surviving Bank, upon the Bank Merger and without any order or other action on the part of any court or otherwise, shall hold and enjoy all rights of property, franchises and interests, including appointments, designations and nominations, and all other rights and interests as trustee, executor, administrator, registrar of stocks and bonds, guardian of estates, assignee and receiver, and in every other fiduciary capacity, in the same manner and to the same extent as such rights, franchises and interests were held or enjoyed by Merging Bank at the time of the Bank Merger, subject to applicable provisions of the CRS and the Utah Code. The Surviving Bank shall be responsible for all of the liabilities of every kind and description of the Merging Bank existing as of the Effective Time of the Bank Merger. Immediately following the Effective Time, the Surviving Bank shall continue to operate the main or principal office and each of the branches of Merging Bank existing as of the Effective Time as branches of the Surviving Bank at the officially designated address of each such office or branch and shall continue to operate each of the branches of the Surviving Bank existing at the Effective Time.

Section 1.02 Closing. The closing of the Bank Merger will take place immediately following the Merger or at such other time and date as the board of directors of the Surviving Bank may determine in its sole discretion, but in no case prior to the date on which all of the conditions precedent to the consummation of the Bank Merger specified in this Agreement shall have been satisfied or duly waived by the party entitled to satisfaction thereof, at such place as is agreed by the parties hereto.

Section 1.03 Effective Time. The Bank Merger shall become effective at such time and date as are agreed to by Surviving Bank and Merging Bank, subject to the approval of the Utah Department of Financial Institutions ("UDFI"), the State of Colorado, Division of Banking ("CDOB") and the Board of Governors of the Federal Reserve System, or such other time and date as shall be provided by law. The date and time of such effectiveness is herein referred to as the "Effective Time".

Section 1.04 Articles of Incorporation and Bylaws. The articles of incorporation and bylaws of Surviving Bank in effect immediately prior to the Effective Time shall be the articles of incorporation and the bylaws of the Surviving Bank, in each case until amended in accordance with applicable law and the terms thereof.



AUG 31 '22 PM2:24

Section 1.05 Board of Directors. At the Effective Time, the board of directors of the Surviving Bank shall consist of the directors of the Surviving Bank immediately prior to the Effective Time, each of which is listed on Exhibit C.

Section 1.06 Officers. At the Effective Time, the officers of Surviving Bank listed on Exhibit D shall continue to serve in their respective capacity as officers of the Surviving Bank.

Section 1.07 Name and Main Office. The name of the Surviving Bank shall be "NBH Bank" and the main office of the Surviving Bank shall be at 7800 E. Orchard Rd., Suite 300, Greenwood Village, Colorado 80111.

Section 1.08 Tax Treatment. It is the intention of the parties that the Bank Merger be treated for U.S. federal income tax purposes as a "tax free reorganization" pursuant to Section 368(a) of the Internal Revenue Code of 1986, as amended.

Section 1.09 Additional Terms. This Agreement does not provide for the issuance of preferred stock.

## ARTICLE II

## CONSIDERATION

Section 2.01 Effect on Merging Bank Capital Stock. At the Effective Time, by virtue of the Bank Merger and without any action on the part of the holder of any capital stock of Merging Bank, all shares of Merging Bank capital stock issued and outstanding shall be automatically cancelled and retired and shall cease to exist, and no cash, new shares of common stock, or other property shall be delivered in exchange therefor.

Section 2.02 Effect on Surviving Bank Capital Stock. Each share of Surviving Bank capital stock issued and outstanding immediately prior to the Effective Time shall remain issued and outstanding and unaffected by the Bank Merger and shall immediately after the Effective Time constitute all of the issued and outstanding capital stock of the Surviving Bank.

## ARTICLE III

## COVENANTS

Section 3.01 During the period from the date of this Agreement and continuing until the Effective Time, subject to the provisions of the Merger Agreement, each of the parties hereto agrees to use all reasonable efforts to take, or cause to be taken, all actions and to do, or cause to be done, all things necessary, proper or advisable under applicable laws and regulations to consummate and make effective the transactions contemplated by this Agreement.





AUG 31 '22 PM2:24

## ARTICLE IV

## CONDITIONS PRECEDENT

Section 4.01 The Bank Merger and the respective obligations of each party hereto to consummate the Bank Merger are subject to the fulfillment or written waiver of each of the following conditions prior to the Effective Time:

a. The parties shall have received all consents, approvals and permissions and the satisfaction of all of the requirements prescribed by law, including, but not limited to, the consents, approvals and permissions of the Board of Governors of the Federal Reserve System, the UDFI and the CDOB and all other regulatory authorities which are necessary to the carrying out of the Merger described in this Agreement, and all applicable waiting periods in respect thereof shall have expired.

b. The Merger shall have been consummated in accordance with the terms of the Merger Agreement.

c. No order, injunction or decree issued by any court or governmental entity of competent jurisdiction or other legal restraint or prohibition preventing the consummation of the Bank Merger shall be in effect and no law, statute, rule, regulation, order, injunction or decree shall have been enacted, entered, promulgated or enforced by any governmental entity which prohibits or makes illegal consummation of the Bank Merger.

d. This Agreement shall have been ratified, confirmed and approved by the sole shareholder of each of Surviving Bank and Merging Bank.

## ARTICLE V

## TERMINATION AND AMENDMENT

Section 5.01 Termination. This Agreement may be terminated at any time prior to the Effective Time by an instrument executed by each of the parties hereto. This Agreement will terminate automatically without any action by the parties hereto upon the termination of the Merger Agreement.

Section 5.02 Amendment. This Agreement may be amended by an instrument in writing signed on behalf of each of the parties hereto.

## ARTICLE VI

## GENERAL PROVISIONS

Section 6.01 Representations and Warranties. Each of the parties hereto represents and warrants that this Agreement has been duly authorized, executed and delivered by such party and



AUG 31 '22 PM2:24

constitutes the legal, valid and binding obligation of such party, enforceable against it in accordance with the terms hereof.

Section 6.02 Nonsurvival of Agreements. None of the agreements in this Agreement or in any instrument delivered pursuant to this Agreement shall survive the Effective Time.

Section 6.03 Interpretation. The words "hereof," "herein" and "hereunder" and words of similar import when used in this Agreement shall refer to this Agreement as a whole and not to any particular provision of this Agreement, and section references are to this Agreement unless otherwise specified. The headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement. Whenever the words "include," "includes" or "including" are used in this Agreement, they shall be deemed to be followed by the words "without limitation." References to "the date hereof" shall mean the date of this Agreement.

Section 6.04 Counterparts. This Agreement may be executed in two (2) or more counterparts (including by facsimile or other electronic means), all of which shall be considered one and the same agreement and shall become effective when counterparts have been signed by each of the parties and delivered to the other party, it being understood that each party need not sign the same counterpart.

Section 6.05 Entire Agreement. This Agreement (including the documents and the instruments referred to herein) constitutes the entire agreement and supersedes all prior agreements and understandings, both written and oral, among the parties with respect to the subject matter of this Agreement, other than the Merger Agreement.

Section 6.06 Governing Law. This Agreement shall be governed and construed in accordance with the laws of the State of Colorado applicable to agreements made and to be performed wholly within such state.

Section 6.07 Assignment. Neither this Agreement nor any of the rights, interests or obligations may be assigned by any of the parties hereto (whether by operation of law or otherwise) and any attempted assignment in contravention of this Section 6.07 shall be null and void.



AUG 31 '22 PM2:24

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed in counterparts by their duly authorized officers and attested by their officers thereunto duly authorized, all as of the day and year first above written.

**NBH BANK**

By: Angela Petrucci
Title: Chief Administrative Officer and General Counsel

**ROCK CANYON BANK**

By:
Title:

[*Signature Page to Bank Merger Agreement*]

AUG 31 '22 PM2:24

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed in counterparts by their duly authorized officers and attested by their officers thereunto duly authorized, all as of the day and year first above written.

**NBH BANK**

By: Angela Petrucci
Title: Chief Administrative Officer and General Counsel

**ROCK CANYON BANK**

By: PARK PONCY
Title: CHAIRMAN

[*Signature Page to Bank Merger Agreement*]



AUG 31 '22 PM 2:24

# Exhibit A
Surviving Bank Branch Locations

| Banking Center | Physical Address | Mailing Address | City | ST | Zip |
|---|---|---|---|---|---|
| Town Pavilion | 1111 Main, Ste 100 | same | Kansas City | MO | 64105 |
| Metcalf | 13270 Metcalf Avenue | same | Overland Park | KS | 66213 |
| Stanley | 7579 West 151st Street | same | Overland Park | KS | 66223 |
| Englewood | 3501 South Broadway | same | Englewood | CO | 80113 |
| Aurora | 3095 South Parker Rd. | same | Aurora | CO | 80014 |
| 20 Mile | 18601 East Mainstreet | same | Parker | CO | 80134 |
| Boulder | 2045 Broadway | same | Boulder | CO | 80302 |
| Orchard | 7800 E. Orchard Rd, Ste 220 | same | Greenwood Village | CO | 80111 |
| Highlands | 3473 W. 32nd Ave | same | Denver | CO | 80211 |
| Monument | 1899 Woodmoor Drive | same | Monument | CO | 80132 |
| Lowry | 7900 E. 1st Ave | same | Denver | CO | 80230 |
| North Academy | 5175 North Academy Blvd | same | Colorado Springs | CO | 80918 |
| Tejon | 19 North Tejon, Ste 100 | same | Colorado Springs | CO | 80903 |
| Arvada | 7530 Grandview Ave | same | Arvada | CO | 80002 |
| Picture Hills | 6430 N Cosby | same | Kansas City | MO | 64151 |
| Grandview | 12500 S. 71 Hwy | same | Grandview | MO | 64030 |
| Brookside | 6249 Brookside Blvd | same | Kansas City | MO | 64113 |
| Ward Parkway | 7904 Ward Parkway | same | Kansas City | MO | 64114 |
| Independence | 18301 E. 40 Highway | same | Independence | MO | 64055 |
| Gladstone | 6425 N. Oak Trafficway | same | Gladstone | MO | 64118 |
| Excelsior Springs-JJ | 201 N. Jesse James Rd | same | Excelsior Springs | MO | 64024 |
| Santa Fe | 2002 E. Santa Fe Street | same | Olathe | KS | 66062 |
| Lenexa | 15040 W. 87th Parkway | same | Lenexa | KS | 66215 |
| Shawnee Drive | 4600 Shawnee Drive | same | Kansas City | KS | 66106 |
| Liberty North | 1580 N. Church Road | same | Liberty | MO | 64068 |
| Pflumm | 13425 Shawnee Mission Pkwy | same | Shawnee | KS | 66216 |
| 119th | 14735 W. 119th Street | same | Olathe | KS | 66062 |
| Lee's Summit | 1205 Douglas Rd. | same | Lee's Summit | MO | 64086 |
| Wakarusa | 4831 West 6th Street | same | Lawrence | KS | 66049 |
| Blue Springs | 1100 NW South Outer Road | same | Blue Springs | MO | 64015 |
| State Avenue | 7804 State Avenue | same | Kansas City | KS | 66112 |
| Cameron | 1304 N. Walnut | same | Cameron | MO | 64429 |
| Maryville | 402 N. Main | same | Maryville | MO | 64468 |
| Maryville N. Motor Bank | 508 N. Main | same | Maryville | MO | 64468 |
| Ottawa Main (North) | 434 South Main Street | same | Ottawa | KS | 66067 |
| Kirksville | 201 N. Elson Street | same | Kirksville | MO | 63501 |
| Chillicothe | 345 S. Washington Street | same | Chillicothe | MO | 64601 |
| Crested Butte | 503 6th St. | PO Box 1670 | Crested Butte | CO | 81224 |
| Gunnison | 1100 N. Main St. | same | Gunnison | CO | 81230 |
| Aspen | 210 N. Mill St. | same | Aspen | CO | 81611 |
| Basalt | 255 Gold Rivers Court, Ste 140 | same | Basalt | CO | 81621 |
| Eagle | 313 Chambers Ave, Ste A | PO Box 2130 | Eagle | CO | 81631 |
| Montrose | 330 S. 12 St. Unit B, Ste. 1 | same | Montrose | CO | 81401 |
| Telluride | 100 W. Colorado Ave., Unit C | PO Box 1530 | Telluride | CO | 81435 |
| Lake City | 231 Silver Street | PO Box 310 | Lake City | CO | 81235 |



AUG 31 '22 PM2:24

| | | | | | |
|---|---|---|---|---|---|
| Leadville | 400 Harrison Avenue | same | Leadville | CO | 80461 |
| Grand Junction | 100 Main Street | same | Grand Junction | CO | 81501 |
| Buena Vista | 520 US Hwy 24 South | PO Box 3117 | Buena Vista | CO | 81211 |
| Lexington | 1211 Main | same | Lexington | MO | 64067 |
| Richmond | 200 N. Spartan Drive | same | Richmond | MO | 64085 |
| Edwardsville | 110 S. 4th Street | same | Edwardsville | KS | 66111 |
| Louisburg | 212 South Broadway | same | Louisburg | KS | 66053 |
| Savannah | 102 S. Business Hwy 71 | same | Savannah | MO | 64485 |
| St. Joseph | 801 N. 36th Street | same | St. Joseph | MO | 64506 |
| Rock Port | 219 S. Main | same | Rock Port | MO | 64482 |
| Raymore | 931 West Foxwood Drive | same | Raymore | MO | 64083 |
| Cripple Creek | 101 E. Warren | PO Box 899 | Cripple Creek | CO | 80813 |
| Evans | 3635 23rd Ave | same | Evans | CO | 80620 |
| Elizabeth | 120 South Elizabeth St. | PO Box 1988 | Elizabeth | CO | 80107 |
| Platteville | 385 Justin Ave | same | Platteville | CO | 80651 |
| Woodland Park | 651 Scott Avenue | same | Woodland Park | CO | 80863 |
| 10th St Greeley | 3780 West 10th St. | same | Greeley | CO | 80634 |
| Boardwalk | 4532 Boardwalk Dr. | same | Fort Collins | CO | 80525 |
| Bayfield | 301 N. Commerce Dr. | same | Bayfield | CO | 81122 |
| La Jara | 501 Main St. | PO Box 719 | La Jara | CO | 81140 |
| South Fork | 29889 US Hwy 160 | PO Box 289 | South Fork | CO | 81154 |
| Alamosa | 2061 Main St. | same | Alamosa | CO | 81101 |
| Dove Creek | 305 S. Guyrene | PO Box 486 | Dove Creek | CO | 81324 |
| Durango | 1701 Main Avenue | same | Durango | CO | 81301 |
| Rocky Ford | 201 N Main St. | same | Rocky Ford | CO | 81067 |
| Pueblo | 121 W City Center Dr, Ste 100 | same | Pueblo | CO | 81003 |
| Walsenburg | 501 Main St. | same | Walsenburg | CO | 81089 |
| Taos Main | 1356 Paseo Del Pueblo Sur | same | Taos | NM | 87571 |
| Taos Albertsons | 710A Paseo Del Pueblo Sur | same | Taos | NM | 87571 |
| Albuquerque | 2155 Louisiana Blvd NE | same | Albuquerque | NM | 87110 |
| Red River | 121 East Main Street | same | Red River | NM | 87558 |
| Dallas | 3102 Maple Ave. Suite 120 | same | Dallas | TX | 75201 |
| Austin | 2710 Walsh Tarlton Lane | same | Austin | TX | 78746 |





AUG 31 '22 PM2:25

# Exhibit B
Merging Bank Branch Locations

1376 North State Street
Orem, UT 84057
Phone Number (801) 222-9006
Fax Number (801) 222-9020

Pleasant Grove
475 East State Road
Pleasant Grove, UT 84062
Phone Number (801) 492-8200
Fax Number (801) 492-8270

St. George
94 East Tabernacle
St George, UT 84770
Phone Number (435) 772-8350
Fax Number (435) 772-8382

Provo
215 W 2230 N
Provo, UT 84604
Phone Number (801) 426-0150
Fax Number (801) 426-0168

Spanish Fork
99 N Main Street
Spanish Fork, UT 84660
Phone Number (801) 426-0140
Fax Number (801) 426-0135

Fillmore
580 North Main Street
Fillmore, UT 84631
Phone Number (435) 743-1602

Lehi
3610 Digital Drive
Lehi, UT 84043
Phone Number (385) 352-8650
Fax Number (801) 222-9020

AUG 31 '22 PM2:25

## Exhibit C
Surviving Bank Directors

- G. Timothy Laney
- Ralph W. Clermont
- Fred J. Joseph
- Patrick G. Sobers
- Micho F. Spring
- Aldis Birkans
- Richard Newfield, Jr
- Angela Petrucci
- Christopher Randall
- Ruth Stevenson
- Brendan Zahl

AUG 31 '22 PM2:25

<u>Exhibit D</u>
Surviving Bank Officers

- G. Timothy Laney
- Aldis Birkans
- Richard Newfield, Jr
- Angela Petrucci
- Christopher Randall
- Ruth Stevenson
- Brendan Zahl

AUG 31 '22 PM 2:25