# Exhibit M

*Budgeted vs. Actual*

| Period | Total Income | Total Exspenses | Net Income |
|---|---|---|---|
| April/May | $ 137,732.00 | $ - | $ 137,732.00 |
| June | $ 282,229.00 | $ 258,564.00 | $ 23,665.00 |
| July | $ 251,986.00 | $ 205,381.00 | $ 46,605.00 |
| August | $ 251,986.00 | $ 205,381.00 | $ 46,605.00 |

| Income | April/May | Budgeted | June Actual |
|---|---|---|---|
| Carry-Over | | | $ 137,475.49 |
| Cash Collateral | 137,732 | | |
| Range Insurance | | | |
| FSA Payments | | $ 50,000.00 | |
| NRCS | | $ 54,679.00 | |
| Fall Steers | | | |
| Fall Heifers | | | |
| Steers | | | $ 82,983.48 |
| Heifers | | | |
| Cull Cows | | $ 162,750.00 | |
| Cull Bulls | | $ 14,800.00 | |
| Total Income | $ 137,732.00 | $ 282,229.00 | $ 82,983.48 |
| | | | |
| Balance | 0 | | $ 70,120.82 |

| Exspenses | April/May | Budgeted | June Actual | |
|---|---|---|---|---|
| Grazing Fees: | | $ 12,000.00 | | |
| Fond Henry | | | $ 1,500.00 | |
| Grazing Assocation | | | $ 3,354.90 | 1 |
| UDA Brand Inspection | | | $ 57.25 | 1 |
| | | | | |
| Feed Supplement | | $ 100,000.00 | | |
| Jace Johnson | | | $ 26,000.00 | 1 |
| Jace Johnson | | | $ 20,000.00 | 1 |
| Harker Farms | | | $ 9,813.60 | 1 |
| USS | | | | |
| Walker Swallow | | | | |
| SFK Land Livestock | | | | |
| Oasis | | | | |
| Oasis | | | | |
| Town of Oak City | | | | |
| Sandhill Cattle Co. | | | | |
| SITLA | | | | |
| Vet/Health | | $ 3,000.00 | | |
| Bull Feed | | | | |
| Heifer Replace | | | | |
| Labor | | $ 30,000.00 | | |
| Matt Finlinson | | | $ 10,000.00 | 1 |
| Heber Finlinson | | | $ 10,000.00 | 1 |
| Sam Finlinson | | | $ 1,272.25 | 1 |
| Oran | | | | |
| Jensen Grover | | | | |
| BJ Grover | | | | |
| | | | | |
| Land Improve | | $ 54,679.00 | $ 5,000.00 | 1 |
| Gas Oil | | $ 17,500.00 | | |
| Tire Shop | | | | |
| Parley Peterson | | | | |
| Joshua Turner | | | | |
| BJ Grover | | | | |
| Tractor Supply | | | | |
| Taxes/Insurance | | $ 480.00 | $ 265.13 | 1 |
| Supplies | | $ 1,500.00 | | |
| Equipment | | $ 2,505.00 | | |
| Repairs | | $ 8,400.00 | $ 7,927.77 | 1 |
| Misc. | | $ 5,000.00 | | |
| Wire Fees | | | $ 27.00 | 1 |
| Checks | | | $ 120.25 | 1 |
| Gate latches | | | | |
| Feed Yard | | $ 25,000.00 | $ 25,000.00 | 1 |
| Marketing | | | | |
| HCB | | $ 30,000.00 | $ 30,000.00 | 1 |
| Total Exspenses | | $ 290,064.00 | $ 150,338.15 | |

| Period | Total Income | | Total Exspenses | Net Income |
|---|---|---|---|---|
| April/May | $ 137,732.00 | | $ - | $ 137,732.00 |
| June | $ 282,229.00 | | $ 258,564.00 | $ 23,665.00 |
| July | | $ 251,986.00 | $ 205,381.00 | $ 46,605.00 |
| August | $ 251,986.00 | | $ 205,381.00 | $ 46,605.00 |

| Income | Budgeted | July Actual | August |
|---|---|---|---|
| Carry-Over | | | |
| Cash Collateral | | | |
| Range Insurance | | | |
| FSA Payments | 25000 | | |
| NRCS | 49436 | | |
| Fall Steers | | | |
| Fall Heifers | | | |
| Steers | | | |
| Heifers | | | |
| Cull Cows | 162750 | $ 120,558.61 | |
| Cull Bulls | 14800 | | |
| Total Income | $ 251,986.00 | $ 120,558.61 | |

Balance

| Exspenses | Budgeted | July Actual | | |
|---|---|---|---|---|
| Grazing Fees: | $ - | | | |
| Fond Henry | | | | |
| Grazing Assocation | | | | |
| UDA Brand Inspection | | | | |
| Feed Supplement | $ 100,000.00 | $ 42,818.14 | | |
| Jace Johnson | | $ 825.00 | $ - | |
| Jace Johnson | | | | |
| Harker Farms | | | | |
| USS | | $ 3,480.00 | $ - | |
| Walker Swallow | | $ 8,960.00 | $ - | |
| SFK Land Livestock | | $ 9,000.00 | $ - | |
| Oasis | | $ 4,504.50 | $ - | |
| Oasis | | $ 269.50 | $ - | |
| Town of Oak City | | $ 385.24 | $ - | |
| Sandhill Cattle Co. | | $ 15,000.00 | $ - | |
| SITLA | | $ 393.90 | $ - | |
| Vet/Health | $ 1,500.00 | $ 150.00 | $ - | |
| Bull Feed | | | | |
| Heifer Replace | | | | |
| Labor | $ 15,000.00 | $ 16,000.00 | | |
| Matt Finlinson | | $ 5,000.00 | $ - | |
| Heber Finlinson | | $ 5,000.00 | $ - | |
| Sam Finlinson | | $ 640.00 | $ - | |
| Oran | | $ 360.00 | $ - | |
| Jensen Grover | | $ 5,000.00 | $ - | |
| Land Improve | $ 49,436.00 | $ 1,856.00 | $ - | |
| Gas Oil | $ 7,500.00 | $ 7,189.75 | | |
| Tire Shop | | $ 6,799.45 | $ - | |
| Parley Peterson | | $ 50.00 | | 0 |
| Joshua Turner | | $ 50.00 | | 0 |
| BJ Grover | | $ 200.00 | $ - | |
| Tractor Supply | | $ 90.30 | $ - | |
| Taxes/Insurance | $ 240.00 | | | |
| Supplies | $ 1,000.00 | $ 89.00 | $ - | |
| Equipment | $ 1,505.00 | $ 1,655.00 | $ - | |
| Repairs | $ 1,200.00 | | | |
| Misc. | $ 3,000.00 | $ 133.34 | | 0 |
| Wire Fees | | $ 27.00 | $ - | |
| Checks | | | | |
| Gate latches | | $ 106.34 | $ - | |
| Feed Yard | $ 25,000.00 | $ 25,000.00 | $ - | |
| Marketing | | | | |
| HCB | $ 30,000.00 | $ 30,000.00 | | |
| Total Exspenses | $ 235,381.00 | $ 191,032.46 | | |

| Period | Total Income | | Total Exspenses | Net Income |
|---|---|---|---|---|
| April/May | $ 137,732.00 | | $ - | $ 137,732.00 |
| June | $ 282,229.00 | | $ 258,564.00 | $ 23,665.00 |
| July | | $ 251,986.00 | $ 205,381.00 | $ 46,605.00 |
| August | $ 251,986.00 | | $ 205,381.00 | $ 46,605.00 |

| Income | Budgeted | August |
|---|---|---|
| Carry-Over | | |
| Cash Collateral | | |
| Range Insurance | | |
| FSA Payments | 25000 | |
| NRCS | 49436 | |
| Fall Steers | | |
| Fall Heifers | | |
| Steers | | 12317.25 |
| Heifers | | 18523.05 |
| Cull Cows | 162750 | 15946.75 |
| Cull Bulls | 14800 | |
| Sale Fees | | -2241.82 |
| Total Income | $ 251,986.00 | $ 44,545.23 |

Balance

| Exspenses | Budgeted | August Actual |
|---|---|---|
| Grazing Fees: | $ - | |
| Fond Henry | | |
| Grazing Assocation | | |
| UDA Brand Inspection | | |
| Feed Supplement | $ 100,000.00 | $ 33,842.04 |
| Jace Johnson | | |
| Jace Johnson | | |
| Harker Farms | | |
| Heber Finlinson Min. | | $ 14,280.00 |
| USS | | |
| Cache Commodities | | $ 6,631.95 |
| Walker Swallow | | |
| SFK Land Livestock | | |
| Oasis | | |
| Oasis | | |
| Town of Oak City | | |
| Sandhill Cattle Co. | | $ 9,130.09 |
| Western Ag Industry | | $ 3,800.00 |
| SITLA | | |
| Vet/Health | $ 1,500.00 | $ 1,650.00 |
| Bull Feed | | |
| Heifer Replace | | |
| Labor | $ 15,000.00 | $ 11,800.00 |
| Matt Finlinson | | $ 5,000.00 |
| Heber Finlinson | | $ 5,000.00 |
| Sam Finlinson | | |
| Oran | | |
| Jensen Grover | | |
| Parley Peterson | | |
| Joe Turner | | $ 1,200.00 |
| Brigham Turner | | $ 600.00 |
| Land Improve | $ 49,436.00 | $ - |
| Gas Oil | $ 7,500.00 | $ 3,895.61 |
| Tire Shop | | $ 3,341.74 |
| Parley Peterson | | $ 250.00 |
| Joshua Turner | | $ 50.00 |
| BJ Grover | | |
| Sinclair | | $ 253.87 |
| Tractor Supply | | |
| Taxes/Insurance | $ 240.00 | $ 265.23 |
| Supplies | $ 1,000.00 | $ 473.07 |
| Animal Health | | $ 154.93 |
| Delta Glass | | $ 318.14 |
| Equipment | $ 1,505.00 | $ 1,500.00 |
| Repairs | $ 1,200.00 | $ 1,320.00 |
| Freightliner | | $ 1,320.00 |
| Misc. | $ 3,000.00 | $ 27.00 |
| Wire Fees | | $ 27.00 |
| Checks | | |
| Gate latches | | |
| Feed Yard | $ 25,000.00 | $ 25,000.00 |
| Marketing | | |
| HCB | $ 30,000.00 | $ 30,000.00 |
| Total Exspenses | $ 235,381.00 | $ 161,130.67 |