# Exhibit N

*UCC Search*

UTAH DEPARTMENT OF COMMERCE
Division of Corporations and Commercial Code

SPENCER J. COX
*Governor*
DEIDRE M. HENDERSON
*Lieutenant Governor*

MARGARET W. BUSSE
*Executive Director*

ADAM WATSON
*Division Director*

**December 22, 2025**

Barbara McFarland
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111 - USA

# UCC-11 Information Request

Your Request for Information has been processed by the Utah Division of Corporations and Commercial Code matching filing(s) in the Division's computerized database with the following search parameter(s) and the "Exact" filter:

**Search Number :** 2512221212231-8

| | | | |
|---|---|---|---|
| **Debtor Name:** | FINLINSON LAND AND LIVESTOCK LLC | **Search Response:** | All (Lapsed and Unlapsed) |
| **Debtor Type:** | Organization | **Copies:** | All (Lapsed and Unlapsed) |
| **Date Range:** | All Available Filings | **City:** | |

The Utah Division of Corporations and Commercial Code herby certifies that the attached information is filed and of Record in the Offices of the Division as of 12/18/2025 at 18:00 MST.

Sincerely,
FILING OFFICER

Adam Watson

**ADAM WATSON, Director**
Utah Division of Corporations and Commercial Code

SPENCER J. COX
*Governor*

DEIDRE M. HENDERSON
*Lieutenant Governor*

# UTAH DEPARTMENT OF COMMERCE

Division of Corporations and Commercial Code

MARGARET W. BUSSE
*Executive Director*

ADAM WATSON
*Division Director*

# Liens Filing Search Report

The Utah Division of Corporations and Commercial Code hereby certifies that the attached list is a true and exact list of all financing statements or CFS liens and related subsequent documentation for the debtor below as filed with the Division of Corporations and Commercial Code office, Uniform Commercial Code Division, as of the Through Date below.

December 22, 2025

**Date Searched:** 12/22/2025 9:51:22 AM
**Searched by:** Barbara McFarland
**Filing Chains:** 20

**Good Through Filing Date:** 12/18/2025

**Cities:**
**Date Range:** All Available Filings
**Include Filings Outside Range?:** All Available Filings

**Search Criteria:**
**Filing Status:**ALL(Lapsed and Unlapsed)
**Include Records:** N/A

**Organization Name:** FINLINSON LAND AND LIVESTOCK LLC

---

**Filing Chain#:** 1
**Original File#:** 552204201830

**Lapse Date:** 10/09/2028
**Lien Type:**UCC Lien

---

**Filing #:** 552204201830 **Filing Date:** 10/09/2018 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**2

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 100 W OAK CITY, UT 84649, USA |
| HEBER J FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |
| MATTHEW C FINLINSON | Individual | N/A | 250 S 200 E OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| ROCK CANYON BANK | Organization | N/A | 99 NORTH MAIN STREET SPANISH FORK, UT 84660, USA |

**Collateral**

ALL CATTLE, BULLS, COWS, CALVES AND CROPS (INCLUDING ALL INCREASE AND SUPPLIES); WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER; WHETHER ANY OF THE FOREGOING IS NOW EXISTING OR HEREAFTER BORN; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING (INCLUDING ALL ENTITLEMENTS, RIGHTS TO PAYMENT, AND PAYMENTS, IN WHATEVER FORM RECEIVED, INCLUDING BUT NOT LIMITED TO, PAYMENTS UNDER ANY GOVERNMENTAL AGRICULTURAL DIVERSION PROGRAMS, GOVERNMENTAL AGRICULTURAL ASSISTANCE PROGRAMS, THE FARM SERVICES AGENCY WHEAT FEED GRAIN PROGRAM, AND ANY OTHER SUCH PROGRAM OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, OR ANY OTHER GENERAL INTANGIBLES OR PROGRAMS); ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING. BRAND NO: 1-1405-00 LH (CATTLE/HORSE BRAND ON LEFT HIP) BRAND NO: 1-4139-85 LH (CATTLE HORSE BRAND ON LEFT HIP) BRAND NO: 1-4139-85 LR (CATTLE/HORSE BRAND ON LEFT RIBS) BRAND NO: 1-4139-85 LS (CATTLE/HORSE BRAND ON LEFT SHOULDER) BRAND NO: 1-2323-00 LH (CATTLE/HORSE BRAND ON LEFT HIP)

---

**Filing #:** 2022921003-5 **Filing Date:** 12/01/2022 **Filing Type:** Assignment UCC-3 **Page Count:**1

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HILLCREST BANK, A DIVISION OF NBH BANK | Organization | N/A | 1111 MAIN STREET, SUITE 2700 KANSAS CITY, MO 64105, USA |

---

**Filing #:** 2023955143-1 **Filing Date:** 04/21/2023 **Filing Type:** Continuation UCC-3 **Page Count:**1

**Filing Chain#:** 2
**Original File#:** 553670201837

**Lapse Date:** 10/31/2028
**Lien Type:** UCC Lien

---

**Filing #:** 553670201837 **Filing Date:** 10/31/2018 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| ROCK CANYON BANK | Organization | N/A | 99 NORTH MAIN STREET SPANISH FORK, UT 84660, USA |

**Collateral**

ALL BEEF COWS AND CALVES (INCLUDING ALL INCREASE AND SUPPLIES); WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER; WHETHER ANY OF THE FOREGOING IS NOW EXISTING OR HEREAFTER BORN; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING (INCLUDING ALL ENTITLEMENTS, RIGHTS TO PAYMENT, AND PAYMENTS, IN WHATEVER FORM RECEIVED, INCLUDING BUT NOT LIMITED TO, PAYMENTS UNDER ANY GOVERNMENTAL AGRICULTURAL DIVERSION PROGRAMS, GOVERNMENTAL AGRICULTURAL ASSISTANCE PROGRAMS, THE FARM SERVICES AGENCY WHEAT FEED GRAIN PROGRAM, AND ANY OTHER SUCH PROGRAM OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, OR ANY OTHER GENERAL INTANGIBLES OR PROGRAMS); ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING. BRAND NO: 1-1405-00 LH (CATTLE/HORSE BRAND ON LEFT HIP) BRAND NO: 1-4139-85 LH (CATTLE/HORSE BRAND ON LEFT HIP) BRAND NO: 1-4139-85 LR (CATTLE/HORSE BRAND ON LEFT RIBS) BRAND NO: 1-4139-85 LS (CATTLE/HORSE BRAND ON LEFT SHOULDER) BRAND NO: 1-2323-00 LH (CATTLE/HORSE BRAND ON LEFT HIP)

---

**Filing #:** 2022920997-8 **Filing Date:** 12/01/2022 **Filing Type:** Assignment UCC-3 **Page Count:** 1

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HILLCREST BANK, A DIVISION OF NBH BANK | Organization | N/A | 1111 MAIN STREET, SUITE 2700 KANSAS CITY, MO 64105, USA |

---

**Filing #:** 2023962676-0 **Filing Date:** 05/22/2023 **Filing Type:** Continuation UCC-3 **Page Count:** 1

**Filing Chain#:** 3
**Original File#:** 2020649861-1

**Lapse Date:** 04/05/2025
**Lien Type:** UCC Lien

---

**Filing #:** 2020649861-1 **Filing Date:** 01/17/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:** 2

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HEBER JAMES FINLINSON | Individual | N/A | 215 N 115 W OAK CITY, UT 84649, USA |
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 NORTH 115 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA | Organization | N/A | PO BOX 2409 OMAHA, NE 68103, USA |
| MASON MACHINERY INC | Organization | N/A | 410 E CENTER ST, PO BOX 249 AURORA, UT 84620, USA |

**Collateral**

Supreme 900T Feed Wagon/Mixer 190459

---

**Filing #:** 230922992966-9 **Filing Date:** 09/21/2023 **Filing Type:** Termination UCC-3 **Page Count:** 2

**Filing Chain#:** 4
**Original File#:** 200331666591-8

**Lapse Date:** 03/30/2030
**Lien Type:** UCC Lien

**Filing #:** 200331666591-8 **Filing Date:** 03/30/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:** 1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK | Organization | N/A | 215 NORTH 115 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| AGCO FINANCE LLC | Organization | N/A | P.O. BOX 2000 JOHNSTON, IA 50131, USA |

**Filing #:** 20241107633-4 **Filing Date:** 12/11/2024 **Filing Type:** Continuation UCC-3 **Page Count:** 1

**Filing Chain#:** 5
**Original File#:** 200401666910-5

**Lapse Date:** 04/05/2025
**Lien Type:**UCC Lien

**Filing #:** 200401666910-5 **Filing Date:** 04/01/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK | Organization | N/A | 215 NORTH 115 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| AGCO FINANCE LLC | Organization | N/A | PO BOX 2000 JOHNSTON, IA 50131, USA |

**Collateral**

TRIMBLE, XCN2050, TRIMBLE MONITOR
TRIMBLE, AG-815, TRIMBLE RTK RADIO
TRIMBLE, TRIMBLE, TRIMBLE UNLOCK COD
TRIMBLE, WATER MA, TRIMBLE WATER MNGT
TRIMBLE, TRIMBLE, PLATFORM KIT FOR C
RANCH WORX, 2020, NDA TAN

**Filing Chain#:** 6
**Original File#:** 2020668128-5

**Lapse Date:** 04/07/2025
**Lien Type:**UCC Lien

---

**Filing #:** 2020668128-5 **Filing Date:** 04/06/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 115 W OAK CITY, UT 84649, USA |

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| DIVERSIFIED FINANCIAL SERVICES, LLC | Organization | N/A | 14010 FNB PARKWAY STE 400 OMAHA, NE 68154, USA |

**Collateral**

1 USED 2016 MODEL 960 JAGUAR CLAAS SELF-PROPELLED FORAGE HARVESTER ;1 USED 2014 MODEL 600 ORBIS CLAAS 8 ROW CORN HEADER ;1 USED 2016 MODEL 135 CLAAS WINDROW PICK-UP HEADER

---

**Filing #:** 2023975814-4 **Filing Date:** 07/17/2023 **Filing Type:** Termination UCC-3 **Page Count:**1

**Filing Chain#:** 7
**Original File#:** 2020669326-2

**Lapse Date:** 04/15/2025
**Lien Type:**UCC Lien

**Filing #:** 2020669326-2 **Filing Date:** 04/13/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 NORTH 115 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| AGCO FINANCE LLC | Organization | N/A | P.O. BOX 2000 JOHNSTON, IA 50131, USA |

**Collateral**

ARTEX, SB600, 616 CUBIC FOOT SILEAGE BOX ARTEX, SBX800, 858 CUBIC FOOT SILAGE TRAILER

**Filing Chain#:** 8
**Original File#:** 2020689369-4

**Lapse Date:** 06/29/2030
**Lien Type:**UCC Lien

---

**Filing #:** 2020689369-4 **Filing Date:** 06/29/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK LLC | Organization | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION | Organization | N/A | 10737 GATEWAY WEST, #300 EL PASO, TX 79935, USA |

**Collateral**

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 538455 7900

---

**Filing #:** 20251159252-6 **Filing Date:** 06/13/2025 **Filing Type:** Continuation UCC-3 **Page Count:**1

**Filing Chain#:** 9
**Original File#:** 2020695398-4

**Lapse Date:** 07/16/2025
**Lien Type:**UCC Lien

---

**Filing #:** 2020695398-4 **Filing Date:** 07/14/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**2

**<u>Debtors</u>**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HEBER JAMES FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 115 W OAK CITY, UT 84649, USA |

**<u>Secured Parties</u>**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA | Organization | N/A | PO BOX 2409 OMAHA, NE 68103, USA |

| Name | Type | Action Type | Address |
|---|---|---|---|
| MASON MACHINERY INC | Organization | N/A | 410 E CENTER ST, PO BOX 249 AURORA, UT 84620, USA |

**<u>Collateral</u>**

Kelly Ryan BG14TRKDUMP Silage Bagger BB-4922-14C ARTEX SB800 Silage Trailer A48802-20-54132

---

**Filing #:** 230922992963-8 **Filing Date:** 09/21/2023 **Filing Type:** Termination UCC-3 **Page Count:**2

**Filing Chain#:** 10
**Original File#:** 200803701550-9

**Lapse Date:** 08/05/2025
**Lien Type:**UCC Lien

---

**Filing #:** 200803701550-9 **Filing Date:** 08/03/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**2

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

| Name | Type | Action Type | Address |
|---|---|---|---|
| HEBER FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

| Name | Type | Action Type | Address |
|---|---|---|---|
| MATTHEW C. FINLINSON | Individual | N/A | 250 S 200 E OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| ROCK CANYON BANK | Organization | N/A | 215 W 2230 N PROVO, UT 84604, USA |

**Collateral**

All ACCOUNTS RECEIVABLES FROM IRSIK AND DOLL FEED YARD AND ALL BEEF COWS AND CALVES (including all increase and supplies); whether any of the foregoing is owned now or acquired later; whether any of the foregoing is now existing or hereafter born; all accessions, additions, replacements, and substitutions relating to any of the foregoing (including all entitlements, rights to payment, and payments, in whatever form received, including but not limited to, payments under any governmental agricultural diversion programs, governmental agricultural assistance programs, the Farm Services Agency Wheat Feed Grain Program, and any other such program of the United States Department of Agriculture, or any other general intangibles or programs); all records of any kind relating to any of the foregoing. BRAND #1-1405-00 LH,1-4139-85 LH, 1-4139-85 LR, 1-4139-85 LS, 1-2323-00 LH,

---

**Filing #:** 210325759817-6 **Filing Date:** 03/25/2021 **Filing Type:** Termination UCC-3 **Page Count:**1

**Filing Chain#:** 11
**Original File#:** 201001716032-9
**Lapse Date:** 10/01/2030
**Lien Type:**UCC Lien

---

**Filing #:** 201001716032-9 **Filing Date:** 10/01/2020 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 S 100 W OAK CITY, UT 84649, USA |

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| HEBER JAMES FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| DEERE & COMPANY | Organization | N/A | 6400 NW 86TH ST JOHNSTON, IA 50131, USA |

**Collateral**
JOHN DEERE 7630 140HP TRACTOR NA/RI S/N: 012138
Frontier DH5316 16FT OFFSET AG DISC S/N: 000061

together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

---

**Filing #:** 220721888832-9 **Filing Date:** 07/21/2022 **Filing Type:** Amendment Collateral Restate UCC-3 **Page Count:**1

**Collateral**
JOHN DEERE 7630 7630 140HP TRACTOR NA/RI S/N: 012138
together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

---

**Filing #:** 20251175091-1 **Filing Date:** 08/02/2025 **Filing Type:** Continuation UCC-3 **Page Count:**1

**Filing Chain#:** 12
**Original File#:** 210331761131-9

**Lapse Date:** 03/31/2031
**Lien Type:**UCC Lien

---

**Filing #:** 210331761131-9 **Filing Date:** 03/31/2021 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**2

**Debtors**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 100 W OAK CITY, UT 84649, USA |
| HEBER FINLINSON | Individual | N/A | P O BOX 231 OAK CITY, UT 84649, USA |
| MATTHEW C FINLINSON | Individual | N/A | 250 S 200 E OAK CITY, UT 84649, USA |

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| ROCK CANYON BANK | Organization | N/A | 215 W 2230 N PROVO, UT 84604, USA |

**Collateral**

Purchase Money Security Interest in all Cattle to include but not limited to; Brand #1-2323-00 LH, 1-4139-85 LS, 1-4139-85 LR, 1-4139-85 LH with Ear Tag Numbers: Red Angus 1-94 Black Baldy 95-210 & Black Angus 211-465; All farm products, including without limitation, all (1) crops grown, growing, or to be grown, including crops produced on trees, vines and bushes, and aquacultural goods produced in aquacultural operations, (2) livestock, born or unborn, (3) supplies used or produced in farming operations, and (4) products of crops or livestock in unmanufactured states. All equipment, accessions, fixtures, and general intangibles (including payment intangibles and software); instruments (including promissory notes), documents, deposit accounts, all attachments, accessories, tools, parts, supplies, increases, and all additions to, replacements of and substitutions for any of the property and goods, any insurance refunds on any of the foregoing property and goods; together with all products and proceeds of any of the property or goods. All records and data relating to any of the property and goods, in whatever form, and all equipment and software necessary to utilize, create, maintain, and process any such records and data on electronic media.

---

**Filing #:** 2022921002-6 **Filing Date:** 12/01/2022 **Filing Type:** Assignment UCC-3 **Page Count:**1

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| HILLCREST BANK, A DIVISION OF NBH BANK | Organization | N/A | 1111 MAIN STREET, SUITE 2700 KANSAS CITY, MO 64105, USA |

**Filing #:** 20251191601-1 **Filing Date:** 10/06/2025 **Filing Type:** Continuation UCC-3 **Page Count:**1

SPENCER J. COX
*Governor*

DEIDRE M. HENDERSON
*Lieutenant Governor*

MARGARET W. BUSSE
*Executive Director*

ADAM WATSON
*Division Director*

**Filing Chain#:** 13
**Original File#:** 210811796203-0

**Lapse Date:** 08/11/2026
**Lien Type:**UCC Lien

**Filing #:** 210811796203-0 **Filing Date:** 08/11/2021 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 S 100 W OAK CITY, UT 84649, USA |
| **Name** | **Type** | **Action Type** | **Address** |
| HEBER JAMES FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

**Secured Parties**

| **Name** | **Type** | **Action Type** | **Address** |
|---|---|---|---|
| DEERE & COMPANY | Organization | N/A | 6400 NW 86TH ST JOHNSTON, IA 50131, USA |

**Collateral**

CASE IH PUMA PUMA-125 Two-Wheel Drive Tractors - 90 HP to Under 140 HP S/N: L01063
together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

**Filing Chain#:** 14
**Original File#:** 2021810416-9

**Lapse Date:** 10/07/2026
**Lien Type:**UCC Lien

---

**Filing #:** 2021810416-9 **Filing Date:** 10/07/2021 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

| Name | Type | Action Type | Address |
|---|---|---|---|
| MATTHEW C FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| COG MARKETERS, LTD. DBA AGROLIQUID | Organization | N/A | 3055 W. M-21 ST. JOHNS, MI 48879, USA |

**Collateral**

All of the following whether now owned or hereafter acquired; all products and proceeds thereof, all additions or accessions thereto, and all substitutions and replacements thereof: All crops growing, grown, or to be grown. All harvested crops. All warehouse receipts or other documents (negotiable or non-negotiable) issued for storage of such crops. All seed, fertilizer, chemicals and petroleum, and any other crop input products. All inventory, contract rights, chattel paper, documents, instruments, supporting obligations, accounts, accounts receivable, general intangibles, and cash and noncash proceeds from the sale, exchange, collection, or disposition of any of the Collateral. All entitlements and payments, whether in cash or in kind, including but not limited to agricultural subsidy, deficiency, diversion, conservation, disaster, contract reserve, under any government or any similar or other programs. All farm and business machinery, equipment and tools. All livestock, feed, medicine and other supplies to be used in connection with or consumed by the Livestock.

**Filing Chain#:** 15
**Original File#:** 2021829072-7

**Lapse Date:** 12/16/2026
**Lien Type:**UCC Lien

**Filing #:** 2021829072-7 **Filing Date:** 12/16/2021 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 250 S 200 E OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| STEARNS BANK EQUIPMENT FINANCE | Organization | N/A | PO BOX 327 ALBANY, MN 56307, USA |

**Collateral**

2021 Secure Cover Forage Bag Covers Forage Bag Cover QTY 1 Model:Secure Cover Forage Bag C Year:2021

**Filing Chain#:** 16
**Original File#:** 2022852464-9
**Lapse Date:** 03/10/2027
**Lien Type:**UCC Lien

---

**Filing #:** 2022852464-9 **Filing Date:** 03/10/2022 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 250 S 200 E OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| STEARNS BANK EQUIPMENT FINANCE | Organization | N/A | PO BOX 327 ALBANY, MN 56307, USA |

**Collateral**

2022 Great Plains PL5500 Corn Planter SN GP-D1067X QTY 1 Model:Great Plains PL5500 S/N:GP-D1067X Year:2022 2018 Haybuster H-1030 PTO Tub Grinder SN 1018011030 QTY 1 Model:Haybuster H-1030 PTO S/N:1018011030 Year:2018

---

**Filing #:** 2022862481-6 **Filing Date:** 04/18/2022 **Filing Type:** Amendment Collateral Restate UCC-3 **Page Count:**1

**Collateral**

2022 ARTEX SBX-800 COMBO BOX MANURE KIT SN A48802-22-65983 QTY 1 Model:ARTEX SBX-800 S/N:A48802-22-65983 Year:2022 2018 Haybuster H-1030 PTO Tub Grinder SN 1018011030 QTY 1 Model:Haybuster H-1030 PTO S/N:1018011030 Year:2018

**Filing Chain#:** 17
**Original File#:** 220701883832-0

**Lapse Date:** 07/01/2027
**Lien Type:**UCC Lien

**Filing #:** 220701883832-0 **Filing Date:** 07/01/2022 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**1

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 S 100 W OAK CITY, UT 84649, USA |

| Name | Type | Action Type | Address |
|---|---|---|---|
| HEBER JAMES FINLINSON | Individual | N/A | 215 N 100 W OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| DEERE & COMPANY | Organization | N/A | 6400 NW 86TH ST JOHNSTON, IA 50131, USA |

**Collateral**

JOHN DEERE XUV5 GATOR XUV560E GAS BTO S/N: 010678
JOHN DEERE 6130 6130R PREMIUM CAB TRACTOR S/N: 874626
together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

**Filing Chain#:** 18
**Original File#:** 2512191211730-3
**Lapse Date:** 12/18/2030
**Lien Type:** UCC Lien

**Filing #:** 2512191211730-3 **Filing Date:** 12/18/2025 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:** 6

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 NORTH 100 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HILLCREST BANK, A DIVISION OF NBH BANK | Organization | N/A | 7800 EAST ORCHARD ROAD, SUITE 300 GREENWOOD VILLAGE, CO 80111, USA |

**Filing Chain#:** 19
**Original File#:** 2512191211733-4

**Lapse Date:** 12/18/2030
**Lien Type:** UCC Lien

**Filing #:** 2512191211733-4 **Filing Date:** 12/18/2025 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:** 6

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 NORTH 100 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HILLCREST BANK, A DIVISION OF NBH BANK | Organization | N/A | 7800 EAST ORCHARD ROAD, SUITE 300 GREENWOOD VILLAGE, CO 80111, USA |

**Filing Chain#:** 20
**Original File#:** 2512191211734-1

**Lapse Date:** 12/18/2030
**Lien Type:**UCC Lien

**Filing #:** 2512191211734-1 **Filing Date:** 12/18/2025 **Filing Type:** Initial Financing Statement UCC-1 **Page Count:**8

**Debtors**

| Name | Type | Action Type | Address |
|---|---|---|---|
| FINLINSON LAND AND LIVESTOCK, LLC | Organization | N/A | 215 NORTH 100 WEST OAK CITY, UT 84649, USA |

**Secured Parties**

| Name | Type | Action Type | Address |
|---|---|---|---|
| HILLCREST BANK, A DIVISION OF NBH BANK | Organization | N/A | 7800 EAST ORCHARD ROAD, SUITE 300 GREENWOOD VILLAGE, CO 80111, USA |