# Exhibit O

*Certified Foreclosure Report*

# CERTIFIED FORECLOSURE REPORT

**JUAB TITLE & ABSTRACT COMPANY**
**33 East 200 North, Nephi, UT 84648**
**Telephone: (435)623-0387 Facsimile: 435-623-1000**

**Order No.: 47693**

**Parsons Behle & Latimer**
**201 South Main Street, Suite 1800**
**Salt Lake City, UT 84111**

**JUAB TITLE & ABSTRACT COMPANY hereby CERTIFIES:**

## SCHEDULE A

That on the **15th** day of **April, 2025** at **07:00 AM** the title to the land described in Schedule C hereof was vested in fee simple in:

**Finlinson Land and Livestock, LLC, a Utah limited liability company**

subject only to defects, objections, liens and encumbrances shown in Schedule B hereof.

That in consideration of the fee paid for this report, Juab Title & Abstract Company will provide without additional charge a Continuation Trustee's Sale or Mortgage Foreclosure Report prior to Judgment (or prior to sale in case of a Deed of Trust).

This report is delivered and accepted upon the understanding that you have no personal knowledge or intimation of any defect, objection, lien or encumbrance affecting said premises other than those shown under Schedule B hereof, and your failure to disclose any such personal information shall render this Report and any Policy issued based thereon, null and void as to such defect, objection, lien or encumbrance.

(NOTE: The Company will credit the fee paid for this report toward the premium for an Owner's Policy of Title Insurance insuring
(a) The Grantee in a Sheriff's Deed after the expiration of a six-month redemption period in the case of a Mortgage Foreclosure;
(b) The purchaser at the Trustee's Sale; or
(c) The Grantee in a Deed in lieu of foreclosure,
providing said Owner's Policy is ordered within 30 days from the happening of either of said events and no further liability will exist upon this report, unless such Policy is ordered within said 30-day period).

IN WITNESS WHEREOF the said Company has caused these presents to be signed by its duly authorized officer this **28th** day of **April, 2025**.

**JUAB TITLE & ABSTRACT COMPANY**

By: Mary Lou Sperry [signature]

## SCHEDULE B

PART ONE. This part of Schedule B refers to matters which, if any such exist, may affect the title to said land but which are not shown in this report:

1. Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.

2. Any facts, rights, interests, or claims which are not shown by the public records but which could be ascertained by an inspection of said land or by making inquiry of persons in possession thereof.

3. Easements, claims of easement or encumbrances which are not shown by the public records.

4. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by public records.

5. Unpatented mining claims; reservations or exceptions in patents or in acts authorizing the issuance thereof; water rights, claims or title to water.

6. Any lien, or right to a lien, for services, labor or material theretofore or hereafter furnished, imposed by law and not shown by the public records.

(PART ONE of Schedule B will be eliminated from the ALTA Loan Policy issued hereunder.)

PART TWO: This part of Schedule B shows liens, encumbrances, defects and other matters affecting the title to said land or to which said title is subject:

1. Taxes for the year 2025 now a lien not yet due (Parcel No. XD00-4171, XD00-4172, XD00-4173, XD00-4175, XD00-4176-1, XD00-4183-1, XD00-4190-2, XD00-4191, XD00-4192, XD00-4193-1, XD00-4195-1, XD00-4198, XD00-4199, XD00-4200-1 and XD00-4201-1). Taxes for the year 2024 in the amount of $168.16 paid in full.

2. Said Land is located within Juab County and is subject to any special assessments of improvements or services as may be therein provided.

3. Claim, right, title or interest to water or water rights whether or not shown by the Public Records.

4. Rights-of-way, easements, roadways, power lines, ditches, canals, pipelines, encroachments and conflicts in boundary lines or other items which could be determined by an inspection and/or an accurate survey of Land herein.

5. Railroad rights-of-way as the same affect Land.

6. Easement and right-of-way for county roads and the Sevier River as the same affects Land.

7. The right of the public to use Sevier River for commerce, recreation, navigation and fishery.

8. Any right, title, or interest of the United States, the State of Utah, or the public generally to the continued, unimpeded flow of Sevier River.

9. Any right, title, or interest of the State of Utah within the bed of Sevier River, and also excepting any artificial accretions of Land within that bed.

10. Any claim arising from the consequences of any past or future change in the location of the bed of Sevier River, including but not limited to any loss or damage stemming from the increase or loss of Land due to accretion, avulsion, reliction, or any other natural process.

11. Boundary conflict with a parcel about 200 feet by 220 feet on the Westerly line of Parcel No. XD00-4200-1. Said property is subject to the interest of the owners thereof, their successors or assigns.

12. Minerals of whatsoever kind, subsurface and surface substances, including, but not limited to, coal, lignite, oil, gas, uranium, clay, rock, sand, stone and gravel in, on and/or under and that may be produced from the Land, together with all rights, privileges, and immunities relating thereto, whether or not appearing in the Public Records or listed in Schedule B. The Company makes no representations as to the present ownership of any such interests. There may be leases, grants, exceptions or reservations of interests that are not listed.

13. Any interest, if any, in and to that certain Quit Claim Deed dated December 23, 1908, wherein William Orgill and Emma Orgill, Grantors, quit claim to San Pedro, Los Angeles & Salt Lake Railroad Company, a corporation of the State of Utah, Grantee, a railroad right-of-way, recorded on January 21, 1909, as Entry No. 11295, in Book 69, Page 325, of the records of Juab County, Utah (affects parcels adjoining and being traversed by said railroad.)

14. Warranty Deed dated April 4, 1919, wherein Howard Land and Livestock Company, a corporation, Grantor, conveys to Juab Development Company, a corporation, Grantee, a right-of-way two rods wide to be used jointly with the Grantor over the Northwest corner of the Northwest quarter of the Northwest quarter of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian, and also reserving to the Grantor a right-of-way two rods wide to be used jointly with the Grantee over the Northeast corner of the Northeast quarter of said Section 16, Township 15 South, Range 2 West, Salt Lake Meridian, recorded on April 9, 1919, as Entry No. 25639, in Book 85, Page 553, of the records of Juab County, Utah.

15. Agreement and Easement dated September 16, 1942, between William C. Orgill, George Orgill and Joseph Orgill, parties of the first part, and Neil W. Brough, Ralph Brough, J.W. Brough, Hyrum Brough and Emma Brough, the parties of the second part. First parties are the owners of the SE¼ of Section 16, Township 15 South, Range 2 West, Salt Lake Meridian, and the second parties are the owners of the NE¼ of said Section 16. There has been constructed a boundary fence from the East line of said Section 16 at the point of the quarter section corners westward to a point on the North side of the Sevier River and 100 feet East of the center of said Section 16, and from said point the fence is extended and constructed southward and across the Sevier River to the South bank thereof, and which river courses near or adjacent to the line of said 100 feet East from the center of said Section 16, and from said point on the South bank of said river the fence is extended North of West along the South bank to the fence of the railroad right-of-way. By mutual agreement of the parties hereto, they do hereby confirm said fence and the line of said fence running from the East line of said section West toward the center of said Section 16 as the boundary fence and line between said quarter sections. First parties do hereby grant and confirm to and in the second parties an easement and right-of-way from said Northeast quarter through said 100 feet unfenced on the division line East from the center of said Section 16 and into and over the area adjoining said 100 feet in the Southeast quarter through which the Sevier River courses Northwesterly and enclosed by the fence extended from the boundary fence across the river to the South bank thereof and along the South bank North of West 100 feet, more or less, to the railroad right-of-way for stock watering purposes at and on the Sevier River at said point in said area. Said parties will share and contribute equally in and toward the repair and maintenance of the division fence aforementioned between said quarter sections, and also in the repair and maintenance of the fence along the East line of the said Northeast quarter, the latter being also a division fence between lands of said parties. Recorded on April 26, 1943, as Entry No. 69999, in Book 127, Page 90, of the records of Juab County, Utah.

16. Warranty Deed dated April 19, 1957, wherein Edith Fletcher, also known as Mrs. Willard C. Young, Grantor, conveys and warrants to Morrell Mathews and Alan M. Mathews, Grantees, the following described property:

    An undivided one-half interest in the Southwest quarter of the Southwest quarter of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian.

    An undivided one-half interest in the following: Beginning at the Northeast corner of Section 21, Township

15 South, Range 2 West, Salt Lake Meridian, thence South 28 rods 20 links along the Section line to the North line of the railroad right of way, thence North 45°27.5" West 39 rods 10 links along said right of way line to the Section line, thence East 27 rods 20 links to the place of beginning.

An undivided one-half interest in the following: Beginning at the Northwest corner of Section 22, Township 15 South, Range 2 West, Salt Lake Meridian, thence East 160 rods to the Northeast corner of the Northwest quarter of said Section 22, thence South 80 rods to the Southeast corner of the Northeast quarter of the Northwest quarter of said Section 22, thence West 104 rods 4 links along the sixteenth line to the North line of the railroad right of way, thence North 45°27.5" West 78 rods 20 links, more or less, to the West line of said Section 22, thence North 28 rods 20 links to the place of beginning.

Deed made subject to all underground oil and mineral rights and the Grantor hereby reserves such rights.

Recorded on April 25, 1957, as Entry No. 95226, in Book 174, Page 165, of the records of Juab County, Utah.

17. Easement Deed and Agreement dated June 17, 1957, wherein George Orgill, William C. Orgill and Joseph A. Orgill, Grantors, grant and convey to Alberta B. Belliston, Grantee, a right of way and easement over and upon the following described tract of land:

Beginning 26 feet East of the Northwest corner of the Southwest quarter of the Southeast quarter of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian, thence East 184 feet, thence South 100 feet, more or less, to the South bank of the Sevier River, thence West 184 feet following the South bank of the river to a point due South of the place of beginning, thence North 100 feet, more or less, to the place of beginning.

To have and to hold said right of way and easement to said Grantee, her heirs, personal representatives and assigns, for the purpose of watering cattle and other livestock in the Sevier River, subject to the conditions set forth in said Agreement, said right of way and easement to be appurtenant to the following described tract of land:

Beginning at the Northeast corner of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian, thence West 176 rods, thence South 240 rods, thence East 191.75 rods, thence Northeasterly 240 rods to the North line of Section 14, thence West 288 feet to the place of beginning.

Recorded on June 29, 1957, as Entry No. 95521, in Book 174, Page 502, of the records of Juab County, Utah.

18. The effect of the 1969 Farmland Assessment Act, wherein there is a five year roll-back provision with regard to assessment and taxation, which becomes effective upon a change in the use of all or part of eligible land, by reason of those certain Applications for Assessment and Taxation of Agricultural Land, recorded on November 15, 2010, as Entry No. 261513, in Book 540, Page 1394 of the records of Juab County, Utah.

19. Exclusive Right-of-Way and Easement dated March 1, 1990, wherein Alan M. Mathews and Zelda Mathews, Grantors, grant, sell and convey unto the Grantee, Kern River Gas Transmission Company, an exclusive right-of-way and easement to locate, survey a route, construct, entrench, maintain, protect, inspect and operate a pipeline with appurtenances including but not limited to valves, metering equipment, electrical cable, cathodic equipment, underground conduit, cables, and roads (said pipeline, appurtenances, valves, metering equipment, cathodic equipment, underground conduits, cables, and roads being hereinafter sometimes collectively called the "facilities") over, under and through the hereinafter described land, approximately along the line designated by survey heretofore made or hereafter to be made by Grantee, through and over the said land on a right-of-way 50 feet in width being 25 feet on the Easterly side and 25 feet on the Westerly side of the centerline of the first pipeline constructed hereunder, described as follows:

A part of the Northeast quarter of the Northeast quarter of Section 21, Township 15 South, Range 2 West,

Salt Lake Meridian, being more particularly described as beginning at the Northwest corner of the Northeast quarter of the Northeast quarter of said Section 21, thence East 52 rods 5 links along the Section line to the North line of the railroad right-of-way, thence South 45°27'30" East 36 rods 10 links along said railroad right-of-way to the East line of Section 21, thence South 51 rods 5 links to the Southeast corner of the Northeast quarter of the Northeast quarter of said Section 21, thence West 80 rods to the Southwest corner of the Northeast quarter of the Northeast quarter of said Section 21, thence North 80 rods to the point of beginning.

This right-of-way and easement shall carry with it the right of ingress and egress to and from, and access on and long said right-of-way, with the right to use existing roads, for the purpose of constructing, inspecting, repairing, protecting and maintaining the facilities and the removal or replacement of same at will, either in whole or in part, and the replacement of said pipeline with either like or different size pipe.

Recorded on April 10, 1990, as Entry No. 192316, in Book 341, Page 517, of the records of Juab County, Utah.

20. Exclusive Right-of-Way and Easement dated March 1, 1990, wherein Alan M. Mathews and Zelda Mathews, Grantors, grant, sell and convey unto the Grantee, Kern River Gas Transmission Company, an exclusive right-of-way and easement to locate, survey a route, construct, entrench, maintain, protect, inspect and operate a pipeline with appurtenances including but not limited to valves, metering equipment, electrical cable, cathodic equipment, underground conduit, cables, splicing boxes and roads (said pipeline, appurtenances, valves, metering equipment, cathodic equipment, underground conduits, cables, and roads being hereinafter sometimes collectively called the "facilities") over, under and through the hereinafter described land, approximately along the line designated by survey heretofore made or hereafter to be made by Grantee, through and over the said land on a right-of-way 50 feet in width being 25 feet on the Easterly side and 25 feet on the Westerly side of the centerline of the first pipeline constructed hereunder, described as follows:

    A part of the West half of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian, being more particularly described as beginning at the Northwest corner of Section 15, thence East 144 rods, thence South 240 rods, thence West 144 rods, thence North 240 rods to the point of beginning.

    A part of the South half of Section 16, Township 15 South, Range 2 West, Salt Lake Meridian, being more particularly described as beginning at the Southeast corner of Section 16, thence West 27 rods 20 links to the East line of the railroad right-of-way, thence North 45°27.5' West 215 rods along said railroad right-of-way to the North line of the Southwest quarter of said Section 16, thence East 183 rods 15 links to the Northeast corner of the Southeast quarter of said Section 16, thence South 160 rods to the point of beginning.

    This right-of-way and easement shall carry with it the right of ingress and egress to and from, and access on and long said right-of-way, with the right to use existing roads, for the purpose of constructing, inspecting, repairing, protecting and maintaining the facilities and the removal or replacement of same at will, either in whole or in part, and the replacement of said pipeline with either like or different size pipe.

    Recorded on April 10, 1990, as Entry No. 192317, in Book 341, Page 519, of the records of Juab County, Utah.

21. Right of Way and Easement Agreement granting the right, privilege and authority given to Williams Communications, Inc., a Delaware Corporation to construct, operate and maintain its lines of telephone and telegraph, including the necessary underground conduits, cables, wires, underground splicing boxes and any other appurtenances thereto, at any time or times for the transmission of data or communications for and by others upon and along a route or routes to be selected by grantee on, in, over, under, through, and across described property herein, by instruments dated May 4, 1998, and recorded on June 29, 1998, as Entry No. 213686, in Book 393, Page 797, of the records of Juab County, Utah. (affects Parcel No. XD00-4176-1)

22. Right of Way and Easement Agreement granting the right, privilege and authority given to Williams

Communications, Inc., a Delaware Corporation to construct, operate and maintain its lines of telephone and telegraph, including the necessary underground conduits, cables, wires, underground splicing boxes and any other appurtenances thereto, at any time or times for the transmission of data or communications for and by others upon and along a route or routes to be selected by grantee on, in, over, under, through, and across described property herein, by instruments dated May 4, 1998, and recorded on June 29, 1998, as Entry No. 213687, in Book 393, Page 800, of the records of Juab County, Utah. (affects Parcel No. XD00-4172)

23. Amendment to Right-Of-Way and Easement Contract dated May 28, 2002, recorded on June 5, 2002, as Entry No. 227440, in Book 436, Page 476, of the records of Juab County, Utah. (affects Parcel No. XD00-4172)

24. Amendment to Right-Of-Way and Easement Contract dated May 28, 2002, recorded on June 5, 2002, as Entry No. 227441, in Book 436, Page 482, of the records of Juab County, Utah. (affects Parcel No. XD00-4176-1)

25. Memorandum of Oil and Gas Lease, dated August 14, 2008, between Pioneer Natural Resources USA, Inc., and the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, for a primary term of five years, recorded on September 8, 2008, as Entry No. 254646, in Book 527, Page 696, of the records of Juab County, Utah.

    Many assignments of record.

26. Special Warranty Deed dated August 10, 2010, from CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, grantor, to Matthew C. Finlinson, grantee, wherein the Grantor specifically reserves and excepts unto itself all minerals, coal, carbons, hydrocarbons, oil, gas, chemical elements and compounds whether in solid, liquid, or gaseous form, and all steam and other forms of thermal energy on, in, or under the above-described land provided that the Grantor does not reserve the right to use the subject property or extract minerals or other substances from the subject property above a depth of 500 feet, nor does the Grantor reserve the right to use the surface of the subject property in connection with the rights reserved herein. Recorded on November 15, 2010, as Entry No. 261509, in Book 540, Page 1364, of the records of Juab County, Utah.

27. Trust Deed dated October 5, 2018 between Finlinson Land and Livestock, LLC, a Utah Limited Liability Company, as Trustor, Rock Canyon Bank, as Trustee, Rock Canyon Bank, as Beneficiary in the principal sum of $2,286,000.00 recorded on October 10, 2018 as Entry No. 00288856, in Book 0585, Page 0404, of the records of Juab County, Utah.

28. Trust Deed dated October 5, 2018 between Finlinson Land and Livestock, LLC, a Utah Limited Liability Company, as Trustor, Rock Canyon Bank, as Trustee, Rock Canyon Bank, as Beneficiary in the principal sum of $1,399,000.00 recorded on October 10, 2018 as Entry No. 00288857, in Book 0585, Page 0418, of the records of Juab County, Utah.

29. Pari Passu Agreement, recorded on October 10, 2018, as Entry No. 00288858, in Book 0585, Page 0434, of the records of Juab County, Utah.

30. Trust Deed dated October 5, 2018 between Finlinson Land and Livestock, LLC, a Utah Limited Liability Company, as Trustor, Rock Canyon Bank, as Trustee, Rock Canyon Bank, as Beneficiary in the principal sum of $1,213,835.00 recorded on October 10, 2018 as Entry No. 00288859, in Book 0585, Page 0448, of the records of Juab County, Utah.

## SCHEDULE C

The land referred to in this report is situated in the County of Juab, State of Utah, and is described as follows:

**Parcel No. XD00-4171: All of the South half of the Southwest quarter of the Southwest quarter of Section 14, Township 15 South, Range 2 West, Salt Lake Meridian.**

**Parcel No. XD00-4172: Beginning at the Northwest corner of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian, thence East 144 rods South 240 rods West 144 rods North 240 rods to beginning.**

**Parcel No. XD00-4173:All of the Southwest quarter of the Southwest quarter of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian.**

**Parcel No. XD00-4175: All of the South half of the Southeast quarter and the Southeast quarter of the Southwest quarter of Section 15, Township 15 South, Range 2 West, Salt Lake Meridian.**

**Parcel No. XD00-4176-1: Beginning at the Southeast corner of Section 16, Township 15 South, Range 2 West, Salt Lake Meridian, thence West 27 rods 20 links to the East line of the railroad right-of-way, thence North 45°25.5' West 215 rods, more or less, following said right-of-way line to the North line of the Southwest quarter of said Section 16, thence East 183 rods 15 links to the Northeast corner of the Southeast quarter of said Section 16, thence South 160 rods to beginning.**

**Parcel No. XD00-4183-1: Beginning at the Northeast corner of Section 21, Township 15 South, Range 2 West, Salt Lake Meridian, thence South 28 rods 20 links along the Section line to the North line of the railroad right-of-way, thence North 45°27.5' West 39 rods 10 links along said right-of-way line to the Section line, thence East 27 rods 20 links to beginning.**

**Parcel No. XD00-4190-2: That portion of the North half of the Southwest quarter and the South half of the Northwest quarter of Section 22, Township 15 South, Range 2 West, Salt Lake Meridian, lying North of the North line of the Los Angeles and Salt Lake Railroad right-of-way.**

**Parcel No. XD00-4191: The South 100 acres of the Northeast quarter and the Northeast quarter of the Southeast quarter of Section 22, Township 15 South, Range 2 West, Salt Lake Meridian.**

**Parcel No. XD00-4192:The North 60 acres of the Northeast quarter of Section 22, Township 15 South, Range 2 West, Salt Lake Meridian.**

**Parcel No. XD00-4193-1: Beginning at the center of Section 22, Township 15 South, Range 2 West, Salt Lake Meridian, thence East 80 rods to the Northeast corner of the Northwest quarter of the Southeast quarter of said Section 22, thence South 80 rods to the Southeast corner of the Northwest quarter of said Southeast quarter, thence East 80 rods to the Northeast corner of the Southeast quarter of said Southeast quarter, thence South 59 rods 4 links along the Section line to the North line of the railroad right-of-way, thence Northwesterly 203 rods, more or less, following said right-of-way line to the West line of the Southeast quarter of said Section 22, thence North 28 rods 11 links to beginning.**

**Parcel No. XD00-4195-1: Beginning at the Northwest corner of Section 22, Township 15 South, Range 2 West, Salt Lake Meridian, thence East 160 rods to the Northeast corner of the Northwest quarter of said Section 22, thence South 80 rods to the Southeast corner of the Northeast quarter of the Northwest quarter of said Section 22, thence West 104 rods 4 links along the sixteenth line to the North line of the railroad right-of-way, thence North 45°27'30° West 78 rods 20 links, more or less, to the West line of Section 22, thence North 28 rods 20 links to beginning.**

**Parcel No. XD00-4198: The North 30 acres of the Northwest quarter of the Northwest quarter of Section 23, Township 15 South, Range 2 West, Salt Lake Meridian.**

Parcel No. XD00-4199: The South 50 acres of the West half of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 23, Township 15 South, Range 2 West, Salt Lake Meridian.

Parcel No. XD00-4200-1: Beginning at the Southeast corner of Section 23, Township 15 South, Range 2 West, Salt Lake Meridian, thence North 1987 feet, thence North 87° West 3769 feet, thence South 834 feet, thence South 83° West 200 feet to the West sixteenth line, thence South 1341 feet to the Southwest corner of the Southeast quarter of the Southwest quarter of said Section 23, thence East 3960 feet to beginning.

Parcel No. XD00-4201-1: Beginning at the Northwest corner of the Southwest quarter of the Southwest quarter of Section 23, Township 15 South, Range 2 West, Salt Lake Meridian, thence South 59 rods 4 links along the Section line to the North line of the railroad right-of-way, thence South 67°59'30" East 53 rods 23 links, more or less, to the South line of said Section 23, thence East 30 rods, more or less, to the Southeast corner of the Southwest quarter of said Southwest quarter, thence North 80 rods to the Northeast corner of the Southwest quarter of said Southwest quarter, thence West 80 rods to beginning.