# Exhibit P

*Proposed Form of Order*

*Proposed Order Submitted By:*

Brian M. Rothschild, USB #15316
Andrew V. Hardenbrook, USB # 15371
**PARSONS BEHLE & LATIMER**
201 S Main St #1800,
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
AHardenbrook@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Hillcrest Bank, a division of NBH Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>FINLINSON LAND AND LIVESTOCK, LLC<br><br>Debtor. | Case No. 26-bk-22119-MFT<br><br>Chapter 12<br><br>Judge Michael F. Thomson |

**ORDER GRANTING HILLCREST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay (the "**Motion**") filed by Hillcrest Bank, a division of NBH Bank (the "**Bank**"), seeking entry of an order under section 362(d)(1) and (2) of title 11 of the United States Code ("**Bankruptcy Code**") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") granting the Bank relief from the automatic stay to permit the Bank to exercise its rights and remedies under applicable non-bankruptcy law with respect to the Bank's

Collateral (as that term is defined in the Motion). Upon review of the Motion, the documents submitted in support of the Motion, the Notice of Hearing, the Certificates of Service attached thereto, the docket and other pleadings in this matter, and sufficient cause appearing, and therefore,

**THE COURT HEREBY FINDS:**

A. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, and that this is a core matter under 28 U.S.C. § 157(b)(2).

B. Notice of the Motion, the deadline to object to the Motion, and the hearing were sufficient under the circumstances and that no further notice need be given.

C. Cause exists under 11 U.S.C. § 362(d)(1) to grant the relief set forth below.

D. The relief granted in this Order is also justified under 11 U.S.C. § 362(d)(2) because the Debtor does not have any equity in the Collateral, and the Collateral is not necessary to an effective reorganization.

**IT IS HEREBY ORDERED:**

1. The automatic stay pursuant to 11 U.S.C. § 362(a) is terminated as to the Bank and with regard to its Collateral (as that term is defined in the Motion), which generally includes accounts, inventory, equipment, livestock (including cattle), agricultural products, general intangibles, and extensive agricultural real property in Utah.

2. The automatic stay pursuant to 11 U.S.C. § 362(a) is terminated as to the Bank and regarding the State Court Action.

3. The Bank is authorized to do any and all acts necessary to enforce its non-bankruptcy rights and remedies with respect to the Collateral, including without limitation continuing with the appointment of a receiver over the Collateral in the State Court Action,

removing the Collateral from the Debtor's premises, and/or selling the Collateral in the State Court Action or otherwise in accordance with applicable law.

4. The 14-day stay period under Fed. R. Bankr. P. 4001(a)(4) is hereby waived, and this Order shall take effect immediately upon its entry.

**[END OF DOCUMENT]**

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing **ORDER GRANTING HILLCREST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** shall be served to the parties and in the manner designated below:

**A.** Electronic service via the Court's ECF system on the following:

- **John S. Gygi** john.gygi@sba.gov
- **Andrew Vance Hardenbrook** ahardenbrook@parsonsbehle.com, ecf@parsonsbehle.com,ebourne@parsonsbehle.com,fax@parsonsbehle.com,Docket@parsonsbehle.com
- **Stanford Pinegar** stanpinegar@agutah.gov
- **Mark C. Rose tr** trustee.mrose@rqn.com, UT32@ecfcbis.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Theodore Floyd Stokes** ted@stokeslawpllc.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite** aaronmwaite@agutah.gov

**B.** By certified mail to the following:

Stearns Bank National Association
Attn: Kelly Skalicky, Chief Executive Officer
4191 2nd St S
Saint Cloud, MN 56301

**C.** By email to the following:

Deere & Company
luttermanbenm@johndeere.com

AGCO Finance, LLC
Heather.Smith@dllgroup.com

Stearn Bank National Association
hannahg@stearnsbank.com

Sinks Land, LLC
ryanfreelesson@gmail.com

**D.** By U.S. Mail, First-Class, postage prepaid to the following**:**

Deere & Company
Attn: The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

AGCO Finance, LLC

Attn: Rebecca Vang
2710 Gateway Oaks Dr.
Sacramento, CA 95833

COG Marketers, Ltd. dba AgroLiquid
Attn: Troy Bancroft, President
3055 W. M-21
St. Johns, MI 48879

**PARSONS BEHLE & LATIMER**

/s/ Brian M. Rothschild
Brian M. Rothschild